Lazaro LIMON, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 28524.

Court of Criminal Appeals of Texas.

Oct. 24, 1956.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is robbery by assault; the punishment, ten years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.